**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America

                                    :        Criminal No.  11-715  (KSH)

         Plaintiff (s)

                                    :

    vs.

                                    :        ORDER OF DETENTION

Nimar Pearson

         Defendant(s)        :

The United States Marshal Service is directed to take the above named defendant into custody pending trial.

SO ORDERED

                                          /s/ Katharine S. Hayden
                                          KATHARINE S. HAYDEN      U.S.D.J.

Date: 11/22/11